**No. 69156.**—Volkswagen of America, Inc. *v.* United States, protest 64/15321–14367 (Chicago).

352

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of six Volkswagen automobiles, model 231 station wagons with camping equipment, which, in their imported condition, were not suited for use as trucks, the claim of the plaintiff was sustained.